Attn: The Honorable Judge Charlene Honeywell
801 North Florida Avenue
Tampa, FL 33602
Chambers 1330, Courtroom 13A, Code 36
Ph. (813) 301-5400

FILED

2019 MAR 25 AM 8: 55

March 24, 2019

Case # 6:12-CR-49-Orl-36 6JK

**RE: BETANCES, NATHAN**
**MOTION TO REQUEST PERMISSION TO TRAVEL**

To the Honorable Judge Honeywell,

The purpose of this letter is to request an emergency permission to travel to Brazil on the basis of a major family event.

My father-in-law has a wedding scheduled for July 6, 2019, and he and his fiancee have requested our presence at the event. We would like to arrive a week early to assist in preparing the event.

My mother-in-law Rosangela Pinto has continued to battle with schizophrenia for most of her life, which has been regulated by medicine. My wife is her only child and I have not spent time with my her family in nine years.

I was given permission in 2017; however, due to ticket prices I was unable to travel. It would mean the world to my wife and her parents if I could travel with her this time.

Proposed travel dates are June 24th, 2019 through July 20th, 2019. We would stay with my father-in-law, Paulo Sergio de Araujo Pinto, at the following address: Avenida dos Robalos, número 8A, Bairro Ogiva, Cabo Frio, Rio de Janeiro, Brasil cep 28923230, phone number 011+55 (22) 99991-1519.

As you may know, I have maintained a steady working schedule from the week I was released on January 7, 2016, integrated myself back into my place of worship, I have timely made restitution payments, and I completed my community work ahead of schedule. My probation officer can attest to these facts; her name is Analesha Berrios phone number (407) 592-1997.

I beg your indulgence and grace to approve this request.

Most sincerely,

Nathan Betances
700 W. Fairbanks Ave
Orlando, FL 32804