UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.   6:12-cr-49-Orl-37GJK

NATHAN BETANCES

### GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO REQUEST PERMISSION TO TRAVEL

This is the defendant's Second Motion to Travel.  In October 2017, the

defendant filed a Motion to Travel to Brazil (Doc. 39) to address a medical

emergency involving his mother-in-law.  In that Motion, the defendant stated

that his mother-in-law had "taken a turn for the worst this past year to the

point that she has refused to take medication and attacked everyone who

made efforts to help her."  Doc. 39, at 1.  After conferring with the Probation

Office, the United States was advised that the Probation Office had no

objection to the proposed travel.  Doc. 41.  The United indicated that it also

did not object, and the Motion was granted.  Doc. 41, 42.

The defendant's proposed trip in October 2017 was for 12 days (the

defendant indicates in his latest Motion that he did not take that trip due to the

high price of the tickets).  In his most recent Motion to Travel, the defendant

now wants to travel for almost a month.  Doc. 50.  In support of his request,

the defendant indicates that his father-in-law has requested his presence at his

wedding and that the defendant would like to visit his mother-in-law.  Doc. 50.

The United States has conferred with the Probation Office, which has indicated that it opposes the defendant's request.  The United States agrees with the Probation Office.  The defendant owes over $10 million in restitution.  Doc. 47, at 2.  When the United States decided not to object to the defendant's proposes travel in 2017, it was with the understanding that the defendant would be assisting a relative in a dire medical situation for a short period of time.  This time, the primary purpose of the trip appears to be to attend a wedding and for the trip to take almost a month.  Given the amount owed by the defendant in restitution, the United States respectfully submits that a better use of the defendant's funds would be to pay back more of his restitution.

WHEREFORE, the United States respectfully requests that the Court deny the Defendant's Motion to Request Permission to Travel.

Date:  March 26, 2019

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:     *s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov

**U.S. v. BETANCES**                                   **Case No. 6:12-cr-49-Orl-37GJK**

### CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

I hereby certify that on March 26, 2019, a true and correct copy of the

foregoing document and the notice of electronic filing were sent by United

States Mail to the following non-CM/ECF participant(s):

Nathan Betances
700 W. Fairbanks Avenue
Orlando, Florida 32804

*s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:  Roger.Handberg@usdoj.gov