Attn: The Honorable Judge Charlene Honeywell
801 North Florida Avenue
Tampa, FL 33602
Chambers 1330, Courtroom 13A, Code 36
Ph. (813) 301-5400

FILED

2019 MAR 25  AM 8:55

March 24, 2019

Case # 6:12-CR-49-ORL-36 GJK

RE: BETANCES, NATHAN
MOTION TO REQUEST PERMISSION TO TRAVEL

To the Honorable Judge Honeywell,

The purpose of this letter is to request an emergency permission to travel to Brazil on the basis of a major family event.

My father-in-law has a wedding scheduled for July 6, 2019, and he and his fiancee have requested our presence at the event. We would like to arrive a week early to assist in preparing the event.

My mother-in-law Rosangela Pinto has continued to battle with schizophrenia for most of her life, which has been regulated by medicine. My wife is her only child and I have not spent time with my her family in nine years.

I was given permission in 2017; however, due to ticket prices I was unable to travel. It would mean the world to my wife and her parents if I could travel with her this time.

Proposed travel dates are June 24th, 2019 through July 20th, 2019. We would stay with my father-in-law, Paulo Sergio de Araujo Pinto, at the following address: Avenida dos Robalos, número 8A, Bairro Ogiva, Cabo Frio, Rio de Janeiro, Brasil cep 28923230, phone number 011+55 (22) 99991-1519.

As you may know, I have maintained a steady working schedule from the week I was released on January 7, 2016, integrated myself back into my place of worship, I have timely made restitution payments, and I completed my community work ahead of schedule. My probation officer can attest to these facts; her name is Analesha Berrios phone number (407) 592-1997.

I beg your indulgence and grace to approve this request.

Most sincerely,

Nathan Betances
700 W. Fairbanks Ave
Orlando, FL 32804

DENIED and SO ORDERED this
2nd DAY OF April, 2019
Greg Kelly
GREGORY J. KELLY
U.S. MAGISTRATE JUDGE